**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JUSTIN S. JONES** **PLAINTIFF**

**v.** **No. 3:26-cv-140-DPM**

**ANCHOR PACKAGING LLC; and**
**GEORGIA-PACIFIC LLC** **DEFENDANTS**

**ORDER**

**1.** Jones's amended complaint, *Doc. 7*, received. The Court directs the Clerk to update the docket to designate the filing as Jones's first amended complaint.

**2.** His amended complaint re-pleads his racial and religious discrimination claims, and retaliation claim with more details. The Court will screen these claims again. FED. R. CIV. P. 15(a). Jones also adds claims for wrongful termination, sex discrimination, and sexual harassment. The Court stands by its earlier ruling dismissing his discrimination claims, *Doc. 6*. He's not alleged that employees of a different race or religion received preferential treatment. *Johnson v. Securitas Security Services*, 769 F.3d 605, 613 (8th Cir. 2014). For the same reason, his newly pleaded sex discrimination claim isn't plausible. Jones's new sexual harassment allegations, however, state a plausible hostile work environment claim based on sex. Jones's retaliation claim is plausible, too. He made several complaints to supervisors about his

coworker's conduct. He was denied overtime, a scheduled raise, and was fired. Last, there's not a stand-alone wrongful termination cause of action under Title VII.

**3.** The Clerk must prepare summons for Anchor Packaging, LLC, and Georgia-Pacific, LLC and provide copies of the summons along with the complaint, amended complaint, and this Order to the Marshal, who must serve process, without prepayment of fees, by registered mail, restricted delivery, return receipt required on Anchor Packaging and Georgia-Pacific's registered agent, United Agent Group, Inc., 323 Center St., Ste. 105-A, Little Rock, Arkansas 72201.

So Ordered.

D.P. Marshall Jr.
United States District Judge

21 September 2026