**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JUSTIN S. JONES** **PLAINTIFF**

**v.** **No. 3:26-cv-140-DPM**

**ANCHOR PACKAGING LLC; and**
**GEORGIA-PACIFIC LLC** **DEFENDANTS**

**ORDER**

The Court grants Anchor Packaging and Georgia-Pacific's motion to set aside the Clerk's default, *Doc. 18*, for good cause shown. FED. R. CIV. P. 55(c); *Union Pacific Railroad Co. v. Progress Rail Services Corp.*, 256 F.3d 781, 782–83 (8th Cir. 2001). Default judgments are disfavored. *Belcourt Public School District v. Davis*, 786 F.3d 653, 661 (8th Cir. 2015). The defendants answered four days late. *Doc. 15*. This delay is excusable. *Grant v. City of Blytheville, Arkansas*, 841 F.3d 767, 772 (8th Cir. 2016). Because of miscommunication when he was hired, counsel was unaware the defendants had been served until after the time to answer had already run. This kind of mistake, early in a case, is understandable. The Court sees human error, not intentional delay or bad faith. The defendants promptly answered and moved to set aside the Clerk's default. And there's no real prejudice to Jones to allow the case to proceed on its normal course. Finally, the answer alleges

potentially meritorious defenses to Jones's claims. *Grant*, 841 F.3d at 772–73.

The Court reopens the time to answer *nunc pro tunc* and extends the deadline to 30 October 2026. Anchor Packaging and Georgia-Pacific's answer, *Doc. 15*, is deemed filed. An Initial Scheduling Order will issue.

So Ordered.

D.P. Marshall Jr.
United States District Judge

12 November 2026